IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         CASE NO. 5:06-cr-40/RS-GRJ

THOMAS CARLTON BELL,

    Defendant.
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 87). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Motion to Vacate (Doc. 76) is **DENIED**.

3. The certificate of appealability is **DENIED** because Plaintiff has not made a substantial showing of a denial of a Constitutional right.

**ORDERED** on January 26, 2012.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**